Pro Se 14 (INND Rev. 2/20)

FILED
JUL 20 2023
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Russell Henry Smith Jr
[You are the PLAINTIFF, print your full name on this line.]

v.

New Haven Police Department
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

1:23CV309

Case Number 02D04-2206-F6-668
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | arresting officer for New Haven Police Dept. | State Road 930 New Haven IN, 46774 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is the name and address of your prison or jail? Allen County jail 417 S. Calhoun St. Fort Wayne IN 46802
3. Did the event you are suing about happen there? ○ Yes. ⊗ No, it happened at: 206 Lincoln Highway W. Lot 11 New Haven, IN 46774
4. On what date did this event occur? 04/13/22

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. He lied through most of his afadavit. More of it is a lie than a true statement. He had no right putting his knee in my back right shoulder blade, and then tossing me back and forth like a rag doll. I was transported to Allen county jail after he's on dash cam waiving around my money, and I told him to give it to my uncle. I was not booked into Allen county jail with my money nor was my money ever given to my uncle. I have three video's to support my case I will release once out of Allen county jail custody for fear of retaliation against me while in custody. Along with no way of retrieving them while incarcerated. I have eye witness testimony of two people who are willing to testify on my behalf, that will concur that the above statement's

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

are true, and under no circumstances false nor coerced by any means, and are willing to swear under oath on my behalf.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. When did this event happen?
   - ● Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ● No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I want a written, and public apology. I want paid for mental suffering. I want him to be terminated immediatly without pension, and any chance of becoming a law officer ever again for life.

[Initial Each Statement]

RHS - I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
RHS - I will keep a copy of this complaint for my records.
RHS - I will promptly notify the court of any change of address.
RHS - I WILL NOT send more than one copy of any filing to the court.
RHS - I WILL NOT send summons, USM-285, or waiver forms to the clerk.
RHS - I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 07/17/2023 at 800 am/**pm**.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature: Russell H. Smith          Prisoner Number: 664537

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]