# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RUSSELL HENRY SMITH, JR.

    Plaintiff

v.

                                                    Civil Action No. 1:23-cv-309

NEW HAVEN POLICE DEPARTMENT
*arresting officer for New Haven Police Dept*.

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Damon R. Leichty

DATE: 9/11/2023                        CHANDA J. BERTA, CLERK OF COURT

                                                          by  s/ S. Jarrell_____
                                                           *Signature of Clerk or Deputy Clerk*